KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No.:   2:10-CV-187-LRH-(RJJ)

HAFEN RANCH ESTATES, a Nevada Corporation; NYE COUNTY CONSTRUCTION, LLC, a Nevada Limited-Liability Company; and PAHRUMP UTILITY COMPANY, INC., a Nevada Corporation,

    Plaintiffs,

v.

KEVIN MCGINNIS, a Nevada Resident; THE FORD METER BOX COMPANY INC., an Indiana Corporation; A.Y. MCDONALD MFG. CO., an Iowa Corporation; FERGUSON ENTERPRISES, INC., a Virginia Corporation; HD SUPPLY WATERWORKS, LP, a Florida Limited Partnership; U.S. FILTER DISTRIBUTION GROUP, INC., a Georgia Corporation; NATIONAL WATERWORKS, INC., a Texas Corporation; WFX, LLC d/b/a WESFLEX PIPE MANUFACTURING, a California Limited-Liability Company; CHEVRON PHILLIPS CHEMICAL COMPANY LP, a Texas Limited Partnership; DOES I-X; and ROE CORPORATIONS XI-XX,

    Defendants.

**STIPULATION AND ORDER CONSOLIDATING BRIEFING SCHEDULE FOR DOCUMENTS #6, 8, 9, 11-12, 14-15, 19, AND 22 (FIRST REQUEST FOR EXTENSION OF TIME)**

1  Plaintiffs, Hafen Ranch Estates, Nye County Construction, LLC, and Pahrump Utility
2  Company, Inc., by and through its counsel of record, Kemp, Jones, & Coulthard, LLP; HD
3  Supply Waterworks, LP and Kevin McGinnis, by and through its counsel of record, Weinburg,
4  Wheeler, Hudgins, Gunn & Dial, LLC; Chevron Phillips Chemical Company, LP, by and
5  through its counsel of record, Snell & Wilmer, LLP; Ferguson Enterprises, Inc., by and through
6  its counsel of record, Olson, Cannon, Gormley & Desruisseaux; and WFX, LLC dba Wesflex
7  Pipe Manufacturing, by and through its counsel of record, Gibbs, Giden, Locher, Turner &
8  Senet, LLP, do hereby agree and stipulate to the following:

1.  Defendant Chevron Phillips Chemical Company, LP filed its Motion for More Definite Statement (Doc. #6) on February 17, 2010.

2.  Defendant HD Supply Waterworks, LP filed its Motion to Dismiss and Motion for More Definite Statement (Doc. #8) on February 18, 2010.

3.  Defendant Kevin McGinnis filed his Motion to Dismiss (Doc. #22) on March 2, 2010.

4.  Defendants HD Supply Waterworks, LP and Kevin McGinnis, Ferguson Enterprises, Inc., WFX, LLC dba Wesflex Pipe Manufacturing, and Chevron Phillips Chemical Company, LP, filed various joinders (Doc. #9, 11-12, 14-15, 19, and 22) to the motions (Doc. #6, 8, and 22).

5.  Responses and replies to Documents #6 and #8 are currently due on March 8, 2010, and March 18, 2010, respectively.

6.  Responses and replies to Document #22 are currently due on March 19, 2010, and March 29, 2010, respectively.

7.  In the interest of efficiency and having all related motions briefed and disposed of together, the parties agree to have Documents #6 and #8 briefed on the same

26  . . .
27  . . .
28  . . .

schedule as Document #22.

DATED this 5th day of March, 2010.

| KEMP, JONES & COULTHARD, LLP<br><br>/s/ Michael J. Gayan<br>_____<br>J. Randall Jones, Esq.<br>Michael J. Gayan, Esq.<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, Nevada 89169<br><br>Attorneys for Plaintiff | GIBBS, GIDEN, LOCHER, TURNER & SENET, LLP<br><br>/s/ Ronald S. Sofen<br>_____<br>Ronald S. Sofen, Esq.<br>Becky A. Pintar, Esq.<br>Gibbs, Giden, Locher, Turner & Senet LLP<br>3993 Howard Hughes Parkway<br>Suite 530<br>Las Vegas, Nevada 89169<br><br>Attorneys for Defendant WFX, LLC, d/b/a Wesflex Pipe Manufacturing |
|---|---|
| SNELL & WILMER, LLP<br><br>/s/ Jay J. Schuttert<br>_____<br>Daniel S. Rodman, Esq.<br>Jay J. Schuttert, Esq.<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>Attorneys for Defendant Chevron Phillips Chemical Company, LP | OLSON, CANNON, GORMLEY & DESRUISSEAUX<br><br>/s/ Philip S. Gerson<br>_____<br>Philip S. Gerson, Esq.<br>Olson, Cannon, Gormley & Desruisseaux<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br><br>Attorneys for Defendant Ferguson Enterprises, Inc. |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br><br>/s/ Rosemary Missisian<br>_____<br>David J. Larson, Esq.<br>Rosemary Missisian, Esq.<br>3773 Howard Hughes Parkway<br>Suite 390N<br>Las Vegas, Nevada 89169<br><br>Attorneys for Defendant HD Supply Water Works, LP and Kevin McGinnis | |

## O R D E R

IT IS SO ORDERED.

DATED this 8th day of March, 2010.



_____
DISTRICT COURT JUDGE