J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
jrj@kempjones.com
MICHAEL J. GAYAN, ESQ.
Nevada Bar No. 11135
mjg@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Fax (702) 385-6001
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAFEN RANCH ESTATES, a Nevada Corporation; NYE COUNTY CONSTRUCTION, LLC, a Nevada Limited-Liability Company; and PAHRUMP UTILITY COMPANY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCGINNIS, a Nevada Resident; THE FORD METER BOX COMPANY INC., an Indiana Corporation; A.Y. MCDONALD MFG. CO., an Iowa Corporation; FERGUSON ENTERPRISES, INC., a Virginia Corporation; HD SUPPLY WATERWORKS, LP, a Florida Limited Partnership; U.S. FILTER DISTRIBUTION GROUP, INC., a Georgia Corporation; NATIONAL WATERWORKS, INC., a Texas Corporation; WFX, LLC d/b/a WESFLEX PIPE MANUFACTURING, a California Limited-Liability Company; CHEVRON PHILLIPS CHEMICAL COMPANY LP, a Texas Limited Partnership; DOES I-X; and ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No.:  2:10-CV-187-LRH-(RJJ)<br><br>**PLAINTIFFS' MOTION TO STRIKE DEFENDANT NATIONAL WATERWORKS, INC.'S UNTIMELY CONSENT TO REMOVAL** |

COME NOW Plaintiffs Hafen Ranch Estates, Nye County Construction, LLC, and Pahrump Utility Company, Inc., by and through their counsel of record, Kemp, Jones & Coulthard, LLP, and hereby file this Motion to Strike National Waterworks, Inc.'s Untimely Consent to Removal. This Motion is made and based upon the pleadings and papers on file

herein, the following Memorandum of Points and Authorities, and any such evidence as may be adduced at a hearing on this Motion.

DATED this 10th day of May, 2010.

Respectfully submitted by:

KEMP, JONES & COULTHARD, LLP

J. Randall Jones, Esq. (Nev. Bar No. 01927)
Michael J. Gayan, Esq. (Nev. Bar No. 011135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Attorneys for Plaintiffs

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**INTRODUCTION**

Defendant National Waterworks, Inc. ("National") failed to consent to removal within thirty (30) days after service of the complaint and summons as required by 28 U.S.C. § 1446(b). In Plaintiffs' Reply in Support of the Motion to Remand (Doc. #44), Plaintiffs pointed to the lack of consent by A.Y. McDonald Mfg. Co. as a fatal flaw to the notice of removal preventing this Court from retaining jurisdiction of this case. National attempted to avoid any further defects in the removal procedure by filing a Consent to Removal on April 22, 2010, over 80 days after the maximum time allowed under 28 U.S.C. § 1446(b) (Doc. #53). Nothing in the unambiguous statute, Ninth Circuit case law, or the facts of this case provide for an exception to the thirty-day time limit under these circumstances. As such, Plaintiffs ask this Court to strike and disregard National's Consent to Removal (Doc. #53).

**II.**

**MATERIAL FACTS**

On December 15, 2009, Plaintiffs filed a complaint in state court against Defendants for damages sustained to Plaintiffs' residential water service lines in the Artesia at Hafen Ranch Estates development located in Pahrump, Nevada. National was properly joined and served on

1  January 26, 2010. This information was made available to all parties on January 27, 2010, when
2  the summons and affidavit of service were electronically filed with the state court.[1] On February
3  11, 2010, Defendant Ferguson Enterprises, Inc. ("Ferguson") filed a Notice of Removal (Doc.
4  #1). Ferguson's Notice of Removal contained a statement that counsel for HD Supply
5  Waterworks, LP ("HD Supply") had no objection to removal of this action (Doc. #1, 5:4-5).
6  Within two weeks of Ferguson filing its Notice of Removal, Defendants Chevron Phillips
7  Chemical Company LP ("CPChem"); HD Supply; McGinnis; and WFX, LLC dba Wesflex Pipe
8  Manufacturing ("WFX") filed papers indicating their consent to removal (Doc. # 5, 7 and 13).[2]
9  However, National failed to consent to removal until April 22, 2010 (Doc. #53).

## III.

## ARGUMENT

**A.   National's Untimely Consent to Removal Must Be Stricken and Disregarded by this Court.**

The federal statute governing removal procedures provides that:

> The notice of removal of a civil action or proceeding *shall be filed within thirty days* after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. §1446(b) (emphasis added). The statute's language of "whichever period is shorter" indicates legislative intent to ensure the notice of removal deadline does not extend beyond the earliest calculable thirty-day period. In cases involving multiple defendants, all defendants must "either consent to or join the removal proceedings." *Knutson v. Allis-Chalmers Corp.*, 358 F.Supp.2d 983, 990 (D.Nev. 2005). The Ninth Circuit recently explained that the unanimity of defendants rule may be satisfied either by each defendant filing a consent document or by "one

---

[1] *See* file-stamped copy of Summons and Affidavit of Service for National Waterworks, Inc., attached hereto as Exhibit 1.

[2] At the time of Ferguson's Notice of Removal, potential issues existed regarding service for Defendants The Ford Meter Box Company Inc. ("Ford") and U.S. Filter Distribution Group, Inc. ("U.S. Filter"). As such, Plaintiffs do not raise these Defendants' failure to join in the Notice of Removal at this time.

1 defendant's timely removal notice containing an averment of the other defendants' consent and
2 signed by an attorney of record." *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225
3 (9th Cir. 2009).

4     On January 26, 2010, Plaintiffs served National with the Summons and Complaint. *See*
5 Exhibit 1. Under 28 U.S.C. §1446(b), National was required to file a notice of removal within
6 thirty days (on or before February 25, 2010). National did not file a document showing its
7 consent to removal until April 22, 2010, which is 86 days after the date on which it was served
8 with the initial pleading and summons. Ferguson's Notice of Removal did not contain an
9 averment that National consented to removal. The other Defendants' timely consent to removal
10 documents do not contain an averment that National consented to removal. Under *Proctor*,
11 National failed to timely consent to removal because it did not file a separate consent document
12 within thirty days and it did not make sure that another Defendant in this action included a
13 statement indicating National's consent to removal. Therefore, this Court should strike
14 National's untimely Consent to Removal (Doc. #53) and disregard it when considering
15 Plaintiffs' Motion to Remand (Doc. #44).

## IV.

## CONCLUSION

18     Plaintiffs ask this Court to strike National's untimely Consent to Removal (Doc. #53)
19 because it was filed more than 50 days *after* the maximum time period allowed under 28 U.S.C.
20 §1446(b).

21     DATED this 10th day of May, 2010.

Respectfully submitted by:

KEMP, JONES & COULTHARD, LLP

J. Randall Jones, Esq. (Nev. Bar No. 01927)
Michael J. Gayan, Esq. (Nev. Bar No. 11135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **PLAINTIFFS' MOTION TO STRIKE NATIONAL WATERWORKS, INC.'S UNTIMELY CONSENT TO REMOVAL** was made on the 10th day of May, 2010, via the United States District Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Janet P. Griffin*
An employee of Kemp, Jones & Coulthard

# EXHIBIT 1

Electronically Filed
01/27/2010 01:15:24 PM

*[signature]*
**CLERK OF THE COURT**

1  SUMM
   J. RANDALL JONES, ESQ. (#1927)
2  MICHAEL J. GAYAN, ESQ. (#11135)
   KEMP, JONES & COULTHARD, LLP
3  3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169
4  Tel. (702) 385-6000
   Fax (702) 385-6001
5
   *Attorneys for Plaintiffs*
6
                  DISTRICT COURT
7
                CLARK COUNTY, NEVADA
8

9  HAFEN RANCH ESTATES, a Nevada          Case No.:  A-09-605966-D
   Corporation; NYE COUNTY                Dept. No.: XXII
10 CONSTRUCTION, LLC, a Nevada Limited-
   Liability Company; and PAHRUMP         **SUMMONS - CIVIL**
11 UTILITY COMPANY, INC., a Nevada
   Corporation,
12
            Plaintiffs,
13
   v.
14

15 KEVIN MCGINNIS, a Nevada Resident;
   THE FORD METER BOX COMPANY
16 INC., an Indiana Corporation; A.Y.
   MCDONALD MFG. CO., an Iowa
17 Corporation; FERGUSON ENTERPRISES,
   INC., a Virginia Corporation; HD SUPPLY
18 WATERWORKS, LP, a Florida Limited
   Partnership; U.S. FILTER DISTRIBUTION
19 GROUP, INC., a Georgia Corporation;
   NATIONAL WATERWORKS, INC., a
20 Texas Corporation; WFX, LLC d/b/a
   WESFLEX PIPE MANUFACTURING, a
21 California Limited-Liability Company;
   CHEVRON PHILLIPS CHEMICAL
22 COMPANY LP, a Texas Limited
   Partnership; DOES I-X; and ROE
23 CORPORATIONS XI-XX,

24          Defendants.

25

26                  **SUMMONS - CIVIL**

27 NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
   WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
28 READ THE INFORMATION BELOW.

*[Left margin: KEMP, JONES & COULTHARD, LLP / 3800 Howard Hughes Parkway / Seventeenth Floor / Las Vegas, Nevada 89169 / (702) 385-6000 / Fax (702) 385-6001]*

1  TO THE DEFENDANT NATIONAL WATERWORKS, INC.: A civil Complaint has been
2  filed by the Plaintiffs against you for the relief set forth in the Complaint.
3     1.   If you intend to defend this lawsuit, within 20 days after this Summons is served
4  on you, exclusive of the day of service, you must do the following:
5        a.   File with the Clerk of this Court, whose address is shown below, a formal
6             written response to the Complaint in accordance with the rules of the
7             Court, with the appropriate filing fee.
8        b.   Serve a copy of your response upon the attorney whose name and address
9             is shown below.
10    2.   Unless you respond, your default will be entered upon application of the Plaintiffs
11  and failure to so respond will result in a judgment of default against you for the relief demanded
12  in the Complaint, which could result in the taking of money or property or other relief requested
13  in the Complaint.
14    3.   If you intend to seek the advice of an attorney in this matter, you should do so
15  promptly so that your response may be filed on time.
16    4.   The State of Nevada, its political subdivisions, agencies, officers, employees,
17  board members, commission members and legislators each have 45 days after service of this
18  Summons within which to file an Answer or other responsive pleading to the Complaint.

19  Submitted by:                                   CLERK OF COURT
20                                                  By: DeEVRA KNIGHT  [DISTRICT COURT SEAL] JAN 14 2010
21  J. Randall Jones, Esq. (001927)                 Deputy Clerk         Date
    Michael J. Gayan, Esq. (011135)                 Regional Justice Center
22  KEMP, JONES & COULTHARD, LLP                    200 Lewis Avenue
    3800 Howard Hughes Parkway                      Las Vegas, Nevada 89155
23  Seventeenth Floor
    Las Vegas, Nevada 89169
24  Tel. (702) 385-6000
25
26
27  NOTE: When service is by publication, add a brief statement of the object of the action.
    See Nevada Rules of Civil Procedure 4(b).
28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001

Page 2 of 4

**AFFIDAVIT OF SERVICE**

STATE OF _____ )
                                ) ss.:
COUNTY OF _____ )

_____, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received ___ copy(ies) of the Summons and Complaint, and Initial Appearance Fee Disclosure on the _26_ day of _JANUARY_, 2010, and served the same on the _26_ day of _JANUARY_, 2010, by:

(Affiant must complete the appropriate paragraph)

1. Delivering and leaving a copy with the Defendant _____
at _SEE ATTACHED AFFIDAVIT_____;

2. Serving the Defendant _____ by personally delivering a leaving a copy with _____, a person of suitable age and discretion residing at Defendant's usual place of abode located at _____
_____

[User paragraph 3 for service upon agent, completing (a) or (b)]

3. Serving the Defendant _____ by personally delivering and leaving a copy at _____.

    (a) With _____ as _____, an agent lawfully designated by statute to accept service of process;

    (b) With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (check appropriate method):

    ☐ Ordinary mail
    ☐ Certified mail, return receipt requested
    ☐ Registered mail, return receipt requested

addressed to the Defendant _____, at Defendant's last known

1 address which is _____.
2  I declare under penalty of perjury under the laws of the State of Nevada, that the
3 foregoing is true and correct.
4  EXECUTED on this _____ day of _____, 2010.
5
6
7                                              _____
                                                Signature of person making service
8 Subscribed and sworn before me
  this _____ day of _____, 2010.
9
10
11 _____
   Notary Public
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001

Page 4 of 4

CAUSE NO. A-09-605966-D

| | |
|---|---|
| HAFEN RANCH ESTATES, a Nevada Corporation; NYE COUNTY CONSTRUCTION, LLC, a Nevada Limited-Liability Company; and PAHRUMP UTILITY COMPANY, INC., a Nevada Corporation | In the Court of The |
| Plaintiff(s) | DISTRICT COURT |
| VS. | |
| KEVIN MCGINNIS, a Nevada Resident; THE FORD METER BOX COMPANY INC., an Indiana Corporation; A.Y. MCDONALD MFG CO. an Iowa Corporation; FERGUSON ENTERPRISES INC., a Virgina Corporation; HD SUPPLY WATERWORKS, LP, a Florida Limited Partnership; U.S. FILTER DISTRIBUTION GROUP, INC., a Georgia Corporation; NATIONAL WATERWORKS, INC., a Texas Corporation; WFX, LLC d/b/a WESFLEX PIPE MANUFACTURING, a California Limited-Liability Company; CHEVRON PHILLIPS CHEMICAL COMPANY LP, a Texas Limited Partnership; DOES I-X; and ROE CORPORATIONS XI-XX | CLARK COUNTY, NEVADA |
| Defendant(s) | |

## AFFIDAVIT OF SERVICE

Came to hand on Tuesday, January 26, 2010, at 11:55 AM
Delivered at: 4265 SAN FELIPE #1100, HOUSTON, TEXAS 77027
Within the county of Harris at 12:15 PM on January 26, 2010,
By delivering to the within named: HD Supply Waterworks Group, Inc., through its registered agent Corporate Creations Network, Inc.. Kim Harpman
In person  a true copy of this Summons, Complaint for Damages, Demand for Jury Trial and an Initial Fee Disclosure

BEFORE ME, the undersigned authority, on this day personally appeared Daniel Kennedy, who after being duly sworn on oath states: "My name is Daniel Kennedy, of 2530 Briar Ridge #66, Houston, Texas 77057, my telephone number is 713-865-2861, my SCH # is 003043, I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of this suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

Daniel Kennedy

Of: Harris County

By: _____
Private Process Server

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public

on this 27 TH day of January, 2010.

_____
Notary Public State of Texas

AMANDA ESPINOSA
MY COMMISSION EXPIRES
November 8, 2011