1  JEAN A. WEIL, ESQ.
   Nevada Bar No. 6532
2  THOMAS A. LARMORE, ESQ.
   Nevada Bar No. 7415
3  WEIL & DRAGE, APC
4  6085 West Twain Avenue, Suite 203
   Las Vegas, NV  89103
5  (702) 314-1905 • Fax (702) 314-1909
6  jweil@weildrage.com
   tlarmore@weildrage.com
7  Attorneys for Defendant,
   A.Y. MCDONALD MFG. CO.
8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11  HAFEN RANCH ESTATES, a Nevada          )  Case No.      2:10-cv-187-LRH-RJJ
    Corporation; NYE COUNTY                )
12  CONSTRUCTION, LLC, a Nevada Limited-   )
    Liability Company; and PAHRUMP         )
13  UTILITY COMPANY, INC., a Nevada        )
    Corporation,                           )
14                                         )
15          Plaintiffs,                    )
                                           )
16      vs.                                )
                                           )
17  KEVIN MCGINNIS, a Nevada Resident;     )  **STIPULATION AND ORDER FOR**
18  THE FORD METER BOX COMPANY,            )  **EXTENSION OF TIME**
    INC., an Indiana Corporation; A.Y.     )
19  MCDONALD MFG. CO., an Iowa             )
    Corporation; FERGUSON ENTERPRISES,     )
20  INC., a Virginia Corporation; HD SUPPLY )
    WATERWORKS, LP, a Florida Limited      )
21  Partnership, U.S. FILTER DISTRIBUTION  )
    GROUP, INC., a Georgia Corporation;    )
22  NATIONAL WATERWORKS, INC., a Texas)
23  Corporation; WFX, LLC d/b/a WESFLEX    )
    PIPE MANUFACTURING, a California       )
24  Limited-Liability Company; CHEVRON     )
    PHILLIPS CHEMICAL COMPANY LP, a        )
25  Texas Limited Partnership; DOES I – X; and )
26  ROE CORPORATIONS XI-XX,                )
                                           )
27          Defendants.                    )
                                           )
28

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
6085 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

*AMALDONADO\\S:\HAFEN RANCH ESTATES V. KEVIN MCGINNIS (A.Y. MCDONALD)\PLEADINGS\STIP & ORDER TO EXTEND TIME.DOC*

## STIPULATION AND ORDER FOR EXTENSION OF TIME

COMES NOW Defendant A.Y. MCDONALD MFG. (hereinafter, "A.Y. McDonald"), by and through its attorneys of record, JEAN A. WEIL, ESQ. and THOMAS A. LARMORE, ESQ., of the law firm of WEIL & DRAGE, APC, and Plaintiffs, Hafen Ranch Estates, Nye County Construction, LLC, and Pahrump Utility Company, Inc. (hereinafter, "Plaintiffs"), by and through its counsel of record, Kemp, Jones, & Coulthard, LLP, hereby stipulate that the current deadline for Defendant A.Y. McDonald to reply to (Doc. 62) Plaintiffs' Response to Defendant A.Y. McDonald's Motion to Dismiss; in the Alternative, Motion for More Definite Statement (Doc. 48) be extended from Friday, May 21, 2010 to Friday, June 4, 2010.

DATED this 26th day of May, 2010.

WEIL & DRAGE, APC                    KEMP, JONES & COULTHARD, LLP


/s/ Jean A. Weil                     /s/ Michael J. Gayan

By: _____        By: _____
JEAN A. WEIL, ESQ.                   J. Randall Jones, Esq.
Nevada Bar No. 6532                  Michael J. Gayan, Esq.
THOMAS A. LARMORE, ESQ.              3800 Howard Hughes Parkway
Nevada Bar No. 7415                  Seventeenth Floor
6085 W. Twain Avenue, Suite 203      Las Vegas, NV 89169
Las Vegas, NV 89103                  Attorneys for Plaintiffs,
Attorneys for Defendant,             HAFEN RANCH ESTATES, NYE COUNTY
A.Y. MCDONALD MFG. CO                CONSTRUCTION, LLC, and PAHRUMP
                                     UTILITY COMPANY, INC.


## ORDER

IT IS SO ORDERED.
DATED this ____ day of _____, 2010.



_____
DISTRICT COURT JUDGE

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
6085 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

*AMALDONADO\\S:\HAFEN RANCH ESTATES V. KEVIN MCGINNIS (A.Y. MCDONALD)\PLEADINGS\STIP & ORDER TO EXTEND TIME.DOC*

1    Submitted by:

2    WEIL & DRAGE, APC

3

4    /s/ Jean A. Weil
     By: _____
5    JEAN A. WEIL, ESQ.
     Nevada Bar No. 6532
6    THOMAS A. LARMORE, ESQ.
     Nevada Bar No. 7415
7    6085 W. Twain Avenue, Suite 203
     Las Vegas, NV  89103
8    Attorneys for Defendant,
     A.Y. MCDONALD MFG. CO.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
6085 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

*AMALDONADO\\S:\HAFEN RANCH ESTATES V. KEVIN MCGINNIS (A.Y. MCDONALD)\PLEADINGS\STIP & ORDER TO EXTEND TIME.DOC*

1

## **CERTIFICATE OF SERVICE**

2       I HEREBY CERTIFY that on the 26th day of May, 2010, I electronically filed the foregoing

3  **STIPULATION AND ORDER FOR EXTENSION OF TIME** with the Clerk of the Court

4  using the CM/ECF system which will automatically send e-mail notification of such filing to the

5  attorneys of record in this litigation.

6

/s/ *Ana M. Maldonado*

7

_____
Ana M. Maldonado, an Employee of
WEIL & DRAGE, APC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
6085 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

*AMALDONADO\\S:\HAFEN RANCH ESTATES V. KEVIN MCGINNIS (A.Y. MCDONALD)\PLEADINGS\STIP & ORDER TO EXTEND TIME.DOC*