JEAN A. WEIL, ESQ.
Nevada Bar No. 6532
THOMAS A. LARMORE, ESQ.
Nevada Bar No. 7415
WEIL & DRAGE, APC
6085 West Twain Avenue, Suite 203
Las Vegas, NV 89103
(702) 314-1905 • Fax (702) 314-1909
jweil@weildrage.com
tlarmore@weildrage.com
Attorneys for Defendant,
A.Y. MCDONALD MFG. CO.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAFEN RANCH ESTATES, a Nevada Corporation; NYE COUNTY CONSTRUCTION, LLC, a Nevada Limited-Liability Company; and PAHRUMP UTILITY COMPANY, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN MCGINNIS, a Nevada Resident; THE FORD METER BOX COMPANY, INC., an Indiana Corporation; A.Y. MCDONALD MFG. CO., an Iowa Corporation; FERGUSON ENTERPRISES, INC., a Virginia Corporation; HD SUPPLY WATERWORKS, LP, a Florida Limited Partnership, U.S. FILTER DISTRIBUTION GROUP, INC., a Georgia Corporation; NATIONAL WATERWORKS, INC., a Texas Corporation; WFX, LLC d/b/a WESFLEX PIPE MANUFACTURING, a California Limited-Liability Company; CHEVRON PHILLIPS CHEMICAL COMPANY LP, a Texas Limited Partnership; DOES I – X; and ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No.   2:10-cv-187-LRH-RJJ<br><br>**AFFIDAVIT OF THOMAS A. LARMORE, ESQ.** |

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
185 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

## AFFIDAVIT OF THOMAS A. LARMORE, ESQ.

STATE OF NEVADA     )
                    ) ss.
COUNTY OF CLARK     )

I, THOMAS A. LARMORE, ESQ. being first duly sworn, depose and say:

1. I have been retained as counsel for Defendant A.Y. MCDONALD MFG. CO. ("A.Y. McDonald") in the above-referenced matter. I am licensed to practice law in all Courts in the State of Nevada. I have personal knowledge of all facts and matters set forth herein, and if called as a witness, I could and would competently testify thereto.

2. On January 27, 2010, A.Y. McDonald was served with Plaintiffs' Summons & Complaint. The Summons with Affidavit of Service is attached hereto as *Exhibit A*.

3. On February 11, 2010, Ferguson Enterprises, Inc. filed a Notice of Removal, removing this matter to federal court. The Notice of Removal is attached hereto as *Exhibit B*.

4. That in a telephone conversation of February 26, 2010, Plaintiffs' counsel Michael Gayan granted A.Y. McDonald an extension until March 16, 2010 to file its response to Plaintiffs' complaint. This conversation was memorialized in a letter dated March 1, 2010, attached hereto as *Exhibit C*.

5. That in a telephone conversation of March 15, 2010, Mr. Gayan granted A.Y. McDonald until March 23, 2010 to respond to Plaintiffs' complaint. This conversation was memorialized in a letter dated March 15, 2010, attached hereto as *Exhibit D*.

6. That in a telephone conversation of March 22, 2010, Mr. Gayan granted A.Y. McDonald an extension until March 26, 2010 to respond to Plaintiff's complaint. This conversation was memorialized in a letter dated March 22, 2010, attached hereto as *Exhibit E*.

7. That in a telephone conversation of March 26, 2010, Mr. Gayan granted A.Y. McDonald an indefinite extension to file its response to Plaintiffs' Complaint. This conversation was memorialized in a letter dated March 26, 2010, attached hereto as *Exhibit F*.

///

///

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
185 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

8. That on April 14, 2010, A.Y. McDonald filed a responsive pleading to Plaintiffs' Complaint. A.Y. McDonald's Motion to Dismiss; in the Alternative, Motion for More Definite Statement is attached hereto as **Exhibit G**.

9. That on April 20, 2010, A.Y. McDonald filed its Consent to Removal, attached hereto as **Exhibit H**.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas A. Larmore, Esq.
AFFIANT

SUBSCRIBED AND SWORN to before me this 17th day of June, 2010.

_____
NOTARY PUBLIC in and for said County and State



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MICHELLE RENEE WOOD
Appt. No. 99-59680-1
My Appt. Expires Dec. 6, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June, 2010, I electronically filed the foregoing **AFFIDAVIT OF THOMAS A. LARMORE, ESQ.** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record in this litigation.

/s/ *Michelle R. Wood*
_____
Michelle R. Wood, an Employee of
WEIL & DRAGE, APC

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
185 West Twain Avenue, Suite 203
Las Vegas, NV 89103
Phone: (702) 314-1905
Fax: (702) 314-1909

MWOOD\\S:\HAFEN RANCH ESTATES V. KEVIN MCGINNIS (A.Y. MCDONALD)\PLEADINGS\AFFT THOMAS LARMORE.DOC

Page 4 of 4